**No. 39579.**—Protest 899841–G of Los Angeles Soap Co. (Los Angeles).

Opinion by KEEFE, J. The protest was sustained in accordance with stipulation of counsel.

OCTOBER 5, 1938

**No. 39580.**——Protest 913088–G of Swift & Co. C. D. 4. Application by Government for rehearing denied.

**No. 39581.**——Protest 899066–G of Edgar Bros. Co. C. D. 29. Application by Government for rehearing denied.

OCTOBER 7, 1938

**No. 39582.**— 916924–G of Jenkins Bros. T. D. 49480. Application by plaintiffs for rehearing granted.

OCTOBER 10, 1938

**No. 39583.**——Protest 894949–G of Jordan Marsh Co. Abstract 39244. Application by plaintiff for rehearing denied.